UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**JULIE HOAGLAN**
*on behalf of herself and*
*all others similarly situated*,
       Plaintiff,

    v.

**NORTH OAK SENIOR LIVING, LLC,**
       Defendant.

**Case No. 22-cv-1414**

## ORDER GRANTING FINAL SETTLEMENT APPROVAL

Having previously preliminarily approved the parties' Settlement Agreement, ECF No. 11-1, having reviewed the parties' Joint Motion for Final Settlement Approval, ECF No. 23, Plaintiff's Unopposed Motion for Approval of Plaintiff's Service Award, ECF No. 22, Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, ECF No. 19, and the Declarations filed in support of such Motions, and having held a Fairness Hearing regarding the same on January 10, 2024,

**IT IS ORDERED** that the parties' Joint Motion for Final Settlement Approval, ECF No. 23, is **GRANTED** and the parties' Settlement Agreement, ECF No. 11-1 is **APPROVED** as a fair, reasonable, and adequate resolution of a bona-fide dispute under the Fair Labor Standards Act of 1938, as amended ("FLSA") and the Wisconsin's Wage Payment and Collective Laws ("WWPCL").

**IT IS FURTHER ORDERED** that the WWPCL Class is certified pursuant to Rule 23 of the Federal Rules of Procedure. The FLSA Collective is certified pursuant to 29 U.S.C. § 216(b).

**IT IS FURTHER ORDERED** that Julie Hoaglan is appointed as Class Representative for the FLSA Collective and the WWPCL Class. Walcheske & Luzi, LLC is appointed as Class Counsel for the FLSA Collective and the WWPCL Class.

**IT IS FURTHER ORDERED** that the Settlement Agreement is binding on the Parties. The Settlement Class Members' released claims are **DISMISSED with prejudice**. The FLSA Claims of the Putative Collective Members who did not timely and properly file a Consent to Join Form with this Court in full accordance with the procedures set forth in the parties' Settlement Agreement are **DISMISSED without prejudice**. The WWPCL Claims of the Putative Class Members who timely and properly excluded themselves in full accordance with the procedures set forth in the parties' Settlement Agreement, if any, are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Approval of Attorneys' Fees and Costs, ECF No. 19, in the amount of $25,000.00 is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Approval of Service Award, ECF No. 22, in the amount of $2,500.00 is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** on the merits and with prejudice.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2024.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge